1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD HOUSTON,

11              Petitioner,                    No. CIV S-09-2645 WBS KJM P

12        vs.

13   GARY SWARTHOUT,

14              Respondent.              ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On October 21, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Petitioner has filed objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 21, 2010, are adopted in full;

2.  Respondent's June 24, 2010 motion to dismiss (Docket No. 14) is granted;

3.  Petitioner is given 30 days from the date of this order to file an amended petition setting forth facts, if he can do so, showing why he is entitled to equitable tolling

DATED:  December 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2